IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JUDY VANDEVER                                                                                    PLAINTIFF

V.                                                                           CIVIL ACTION NO.1:07CV311-D-A

COMMISSIONER OF SOCIAL SECURITY                                                    DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated August 26, 2008, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record. Plaintiff was granted until September 18, 2008 to file any objections and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated August 26, 2008, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. This case is remanded to the ALJ for further proceedings in accordance with the Report and Recommendation.

SO ORDERED, this the 6th day of March, 2009.

_____
SENIOR JUDGE